# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WALKER DIGITAL LLC, <br><br>　　　　　　Plaintiff, <br>　　v. <br><br>CANON U.S.A., INC., ET AL. <br><br>　　　　　　Defendants. | C.A. No. 11-326-CFC |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

The plaintiff Walker Digital LLC and defendant Eye-Fi, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby stipulate to dismiss all claims and counterclaims in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees and with each party knowingly and voluntarily waiving any right, arising under 35 U.S.C. §285 or otherwise, to make a claim for any costs, attorney fees or other expenses associated with the matters settled by this Stipulation for Dismissal with Prejudice.

October 3, 2018

| BAYARD, P.A. | ASHBY & GEDDES |
|---|---|
| /s/ Stephen B. Brauerman <br> Stephen B. Brauerman (sb4952) <br> 600 N. King Street, Suite 400 <br> Wilmington, DE 19801 <br> (302) 655-5000 <br> sbrauerman@bayardlaw.com <br><br> Attorneys for Plaintiff, <br> WALKER DIGITAL, LLC | /s/ Steven J. Balick <br> Steven J. Balick (sb 2114) <br> Tiffany Geyer Lydon (sb3950) <br> Andrew Colin Mayo (sb5207) <br> 500 Delaware Avenue, 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> sbalick@ashbygeddes.com <br> tlydon@ashbygeddes.com <br> amayo@ashbygeddes.com <br><br> Attorneys for Defendant, <br> EYE-FI, INC. |

IT IS SO ORDERED, THIS _____ day of _____, 2018.

_____
The Honorable Colm F. Connolly